UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TINA WHITE, ET AL.                                         CIVIL ACTION

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                    NO.: 17-00918-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 14)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiffs' **Motion to Remand (Doc. 5)**. The Magistrate Judge recommended that the Motion to Remand be granted and that this matter be remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction under 28 U.S.C. §1332(a). (Doc. 14 at p. 16). The Magistrate Judge further recommended that the request for attorney's fees (Doc. 15) be denied. (*Id.*).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (*Id.* at p. 1). Neither party objected. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and

CC 19th JDC - Certified

Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report and Recommendation (Doc. 14)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that Plaintiffs' **Motion to Remand (Doc. 5)** is **GRANTED**.

IT IS FURTHER ORDERED that this matter is **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

IT IS FURTHER ORDERED that Plaintiffs' request for attorney's fees (Doc. 15) is **DENIED**.[1]

Baton Rouge, Louisiana, this 30th day of June, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] The Magistrate Judge's Report and Recommendation addresses the request for attorney's fees citing to the request while it was pending as an Ex Parte Motion for Leave to Amend Motion to Remand (Doc. 12). (Doc. 14 at pp. 14–16 & n.75).